

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2020

No. 04-18-00498-CV

**MWM HELOTES RANCH, LTD.** and Myfe Moore,
Appellants

v.

John H. **WHITE** Jr., Individually; John H. White III, Individually; John H. White Jr., John H. White III, and Molly C. White, in their capacities as Co-Trustees of the 1983 John H. White Long-Term Trust F/B/O John H. White Jr., and of the 1976B Partnership Trust; TCW Helotes Ranch Ltd; and Tuleta White,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI11563
Honorable David A. Canales, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Liza A. Rodriguez, Justice

In accordance with the opinion issued this date, appellant MWM Helotes Ranch, Ltd.'s and Myfe Moore's "motion to dismiss" that was carried with the appeal pursuant to this court's order dated March 11, 2020 is DENIED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court